UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | CASE NO. 00-20821-C-13 |
| Cedric R. Hughes | * | |
| | * | |
| | * | |
| DEBTOR(S) | * | CHAPTER 13 PROCEEDING |
| _____ | * | |
| | * | United States Bankruptcy Court |
| Cedric R. Hughes | * | Southern District of Texas |
| | * | ENTERED |
| | * | MAY 0 4 2000 |
| MOVANT(S) | * | |
| vs. | * | Michael N. Milby, Clerk of Court |
| | * | |
| Mercury Finance ($1600.00) | * | |
| | * | |
| RESPONDENT | * | |

~~AMENDED~~
ORDER ON MOTION TO AVOID SECURITY INTEREST IN EXEMPT PROPERTY

Came on to be considered by the Court *Debtor's Amended Motion to Avoid Security Interest in Exempt Property* pursuant to 11 U.S.C. 522 (f)(1)(B)(i). It appears to the Court that no objection nor other response has been filed to such motion, and the time allowed for the filing of a responsive pleading has expired. Therefore, the Court is of the opinion that such motion should be granted.

IT IS, THEREFORE, ORDERED that, unless this case is dismissed, *Debtor's Amended Motion to Avoid Security Interest in Exempt Property* be, and the same hereby is granted and that the lien (security interest) of Mercury Finance ($1600.00) in the following described property of the Debtor(s) be, and the same hereby is, avoided:

See Attached Letter

AND any other household furnishings, household goods, wearing apparel, appliances, books, animals, crops, musical instruments, or jewelry that are held primarily for the personal, family, or household use of the Debtor(s) or a dependent of the Debtor(s).

AND IT IS FURTHER ORDERED AND DECREED that, to the extent Mercury Finance ($1600.00) lien is secured by title to vehicle, that portion of the lien is not avoided.

Signed this _____ day of MAY 0 4 2000 , 2000.

United States Bankruptcy Judge