UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

```
IN RE:                          *       CASE NO.
                                *
CEDRIC HUGHES                   *       00-20821-C-13
                                *
DEBTOR(S)                       *       CHAPTER 13
```

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would repectfully show the Court the following:

1. Debtor(s) filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thu Mar 16, 2000.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following creditor at the address listed below:

   MILLENIUM FINANCE INC
   PO BOX 40424
   FAYETTEVILLE  NC 28309

5. As a result, funds owed to the creditor in the amount of $   266.11  by the above referenced debtor(s) should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully submitted: Thu May 26, 2005

/s/ Cindy Boudloche

Cindy Boudloche,
Chapter 13 Trustee
555 N. Carancahua, Suite 600
Corpus Christi, Texas 78478
(361) 883-5786

CERTIFICATE OF SERVICE

I certify that on Thu May 26, 2005, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the Debtor(s), Debtor's Counsel and the creditor at the addresses indicated below.

```
                              /s/ Cindy Boudloche
                              
                              Cindy Boudloche,
                              Chapter 13 Trustee
```

```
J TODD MALAISE
606 N CARANCAHUA SUITE 102
CORPUS CHRISTI  TX 78476

CEDRIC HUGHES
754 BATESWOOD DR #11
HOUSTON  TX 77079

MILLENIUM FINANCE INC
PO BOX 40424
FAYETTEVILLE  NC 28309
```